UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00422-MOC-DSC

| | | |
|---|---|---|
| **STEPHEN BUSHANSKY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **CAPITAL BANK FINANCIAL CORP.** | ) | |
| **R. EUGENE TAYLOR** | ) | |
| **MARTHA M. BACHMAN** | ) | |
| **RICHARD M. DEMARTINI** | ) | |
| **ROBERT L. REID** | ) | |
| **PETER N. FOSS** | ) | |
| **WILLIAM G. WARD SR.** | ) | |
| **WILLIAM A. HODGES** | ) | |
| **SCOTT B. KAUFFMAN** | ) | |
| **OSCAR A. KELLER III** | ) | |
| **MARC D. OKEN,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the parties' Stipulation and [Proposed] Consent Order (#4). Having considered the Motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Consent Order (#4), stipulated to by the parties, shall be **ADOPTED** by the court and **INCORPORATED** by reference into this Order.

The Clerk of Court is respectfully instructed to consolidate the related cases of 3:17-cv-428 and 3:17-cv-439 into this lead case and place appropriate notices in those docket sheets. The

caption for this lead case shall read "In Re: Capital Bank Financial Corp. Stockholder Litigation."

Signed: August 10, 2017

Max O. Cogburn Jr
United States District Judge