# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| IN RE: CAPITAL BANK FINCIAL CORP. STOCKHOLDER LITIGATION | ) ) ) ) ) ) | JUDGMENT IN CASE<br><br>3:17-cv-00422-MOC-DSC |

DECISION BY COURT. This action having come before the Court on the parties' Stipulation of Dismissal and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.

August 28, 2017

_____
Frank G. Johns, Clerk
United States District Court