IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CAPITAL BANK FINANCIAL CORP. STOCKHOLDER LITIGATION | Lead Case No. 3:17-cv-00422-MOC-DSC<br><br>MASTER FILE |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE CONCERNING RESOLUTION OF PLAINTIFFS' FEE AND EXPENSE APPLICATION

WHEREAS, on August 24, 2017, Plaintiffs filed a Stipulation of Dismissal and Proposed Order dismissing the above captioned action and reserving the right to submit an application for an award of attorneys' fees and reimbursement of expenses if their claim for fees and expenses could not be resolved through negotiations between Plaintiffs' Counsel and Defendants (the "Fee and Expense Application");

WHEREAS, on August 28, 2017, the Court ordered that the Stipulation of Dismissal and Proposed Order was deemed to be a Rule 41(a)(2) Motion to Dismiss and granted such motion and closed the file;

WHEREAS, Plaintiff's Counsel and Defendants have reached an agreement with respect to the Fee and Expense Application; and

WHEREAS Plaintiffs will not be submitting a Fee and Expense Application to the Court;

PLAINTIFFS HEREBY SUBMIT NOTICE that no fee application will be filed in the above captioned action, that there is no need to re-open the file, and this action should be considered dismissed and remain closed for all purposes consistent with the Court's Order entered on August 28, 2017.

Dated: November 6, 2017                    Respectfully submitted,

                                                    /s/Janet Ward Black
Janet Ward Black
NC State Bar 12869
Attorney for Plaintiffs
Ward Black Law
208 W. Wendover Ave.
Greensboro, NC 27401
336-333-2244
jwblack@wardblacklaw.com
*Local Counsel for Plaintiffs
and Proposed Interim Liaison Counsel*

Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
**WEISSLAW LLP**
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
*Counsel for Plaintiff Stephen Bushansky
and Proposed Interim Lead Counsel*

Brian D. Long
Gina M. Serra
**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310
*Counsel for Plaintiff Paul Parshall and
Proposed Interim Lead Counsel*

Richard A. Maniskas
**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800
*Counsel for Plaintiff Paul Parshall*

Donald J. Enright
Elizabeth K. Tripodi
**LEVI & KORSINSKY, LLP**
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com
etripodi@zlk.com
*Counsel for Plaintiff Catherine McNamara*
*and Proposed Interim Lead Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the attached Electronic Mail Notice List.

/s/Janet Ward Black
Janet Ward Black
NC State Bar 12869
Attorney for Plaintiffs
Ward Black Law
208 W. Wendover Ave.
Greensboro, NC 27401
336-333-2244
jwblack@wardblacklaw.com